**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Francisco SOLANO–GODINEZ,**
**Defendant–Appellant.**

**No. 12–10084.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 15, 2013.*

Filed Jan. 16, 2013.

Erica Leigh Seger, Special Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Francisco Solano–Godinez, Florence, AZ, pro se.

Armand Salese, Tucson, AZ, for Defendant–Appellant.

Before: SILVERMAN, BEA, and NGUYEN, Circuit Judges.

MEMORANDUM ***

Francisco Solano–Godinez appeals from the district court's judgment and challenges his guilty-plea conviction and 63-month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Solano–Godinez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Solano–Godinez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.